IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NATHAN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | No. 22-4017-KHV |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Pro se plaintiff Nathan Smith filed suit against the Acting Commissioner of Social Security, appealing the denial of disability benefits under Title II of the Social Security Act, 42 U.S.C. § 401 et seq. On August 1, 2022, the Court dismissed the action for lack of jurisdiction. See Memorandum And Order (Doc. #18) at 5–6. This matter is before the Court on plaintiff's Motion To Reopen Case For Good Cause (Doc. #21) filed November 10, 2022. For reasons stated below, the Court overrules plaintiff's motion.

Plaintiff states that someone stole his identity and is collecting benefits under his name. Motion To Reopen Case For Good Cause (Doc. #21) at 1. Plaintiff asks the Court to reopen the case so that he can obtain disability benefits and receive necessary treatment. Id. at 1–2. As explained in the Court's order dismissing the case, federal courts are courts of limited jurisdiction and may only exercise jurisdiction when specifically authorized to do so. See Memorandum And Order (Doc. #18) at 1. Because plaintiff did not exhaust administrative remedies for his claim and he has not alleged any basis for a colorable constitutional claim, the Court lacks jurisdiction to address his claim which seeks disability benefits. See id. at 5–6. The Court therefore overrules plaintiff's motion to reopen the case.

**IT IS THERFORE ORDERED** that plaintiff's Motion To Reopen Case For Good Cause (Doc. #21) filed November 10, 2022 is **OVERRULED**.

Dated this 7th day of December, 2022 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
